**Order entered September 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01234-CR

**AARON MALONE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F08-39160**

## ORDER

The Court **DENIES** as moot appellant's September 18, 2013 motion to extend time to file his docketing statement. The appeal was dismissed for want of jurisdiction on September 18, 2013.

/s/    DAVID EVANS
          JUSTICE